ERIC G. EASTERLY (8981)
WRONA, FITLOW & EASTERLY
1816 Prospector Avenue
P O Box 683670
Park City, Utah 84068
Telephone (435) 649-2525
Facsimile (435) 649-5959
*Attorneys for Defendant*



FILED
28 OCT 02 AM 9:09
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| WOLF MOUNTAIN RESORTS, L.C.<br>A Utah Limited Liability Company<br><br>*Plaintiff,*<br><br>vs.<br><br>RAYMOND O. KLEIN, an individual<br><br>*Defendant.* | CIVIL NO. 2:02CV-003K<br><br>STIPULATION & ORDER OF DISMISSAL |

### STIPULATION

The parties by and through their counsel of record hereby stipulate that the above entitled action has been settled and may be dismissed with prejudice and without costs to any party.

Eric G. Easterly
WRONA, FITLOW & EASTERLY
1816 Prospector Avenue, Suite 100
Park City, Utah 84060

_____
Eric G. Easterly

Michael S. Johnson
350 South 400 East, Suite 101A
Salt Lake City, Utah 84111

_____
Michael S. Johnson

14

## ORDER

Based upon the foregoing stipulation,

IT IS ORDERED that the above entitled action be dismissed with prejudice and without costs to any party.

DATED this 25th of October, 2002.

_____
United States District Judge

```
                                                              tsi
             United States District Court
                       for the
                   District of Utah
                  October 30, 2002


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:02-cv-00003



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Michael S. Johnson, Esq.
       JOHNSON WAKEFIELD & PENA
       350 S 400 E STE 101A
       SALT LAKE CITY, UT  84111
       JFAX 9,5322245

       Raymond O. Klein
       10187 E NOLINA TRAIL
       SCOTTSDALE, AZ  85262

       Eric G. Easterly, Esq.
       WRONA FITLOW KOZAK & EASTERLY
       PO BOX 683670
       PARK CITY, UT  84068
       JFAX 8,435,6495959
```